AFFIRMED.

**Ed FINKELSTEIN, Plaintiff—Appellant,**

v.

**CITY OF SAN DIEGO; et al., Defendants—Appellees.**

No. 03–56570.

United States Court of Appeals, Ninth Circuit.

Submitted March 15, 2004.*

Decided March 24, 2004.

Ed Finkelstein, Tucson, AZ, pro se.

David A. King, San Diego, CA, for Defendant–Appellee.

Before B. FLETCHER, LEAVY and WARDLAW, Circuit Judges.

MEMORANDUM **

Ed Finkelstein appeals pro se the district court's summary judgment which dismissed his 42 U.S.C. § 1983 action against the City of San Diego, alleging that his constitutional rights and state laws were violated when the City did not select his design proposals for a new city library. We affirm for the reasons stated in the district court's Order filed on July 30, 2003.

AFFIRMED.

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.